IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ANNETTE L. ORVIS<br>    Debtor | Case No. 17-10131-BLS<br>(Chapter 13) |
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2004-RP1<br>    Movant<br><br>v.<br><br>ANNETTE L. ORVIS<br>    Respondent | Ref. Docket No.  32, 34 |

## CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the Motion for Relief from Automatic Stay ("Motion") filed by HSBC Bank USA, National Association as Trustee for Citigroup Mortgage Loan Trust Inc., Asset Backed Pass-Through Certificates Series 2004-RP1 ("Movant"), any responses thereto, the consent of the Debtor having been given, and good cause having been shown; and

**WHEREAS**, on or about March 31, 1998, the Debtor and James D. Orvis III executed and delivered to Chase Manhattan Mortgage Corporation a promissory note (the "Note") in the amount of NINETY THOUSAND THREE HUNDRED FIFTY-FOUR AND 00/100 DOLLARS, plus interest at the rate of 5.500% per annum, attorneys' fees, costs and late charges to be paid over thirty years; and

**WHEREAS**, to secure the repayment of the sums due under the Note, the Debtor and James D. Orvis III, who is now deceased, executed and delivered to Chase Manhattan Mortgage Corporation a mortgage, deed of trust, or comparable instrument of security on the Property dated

March 31, 1998 encumbering the real property ("Property") more particularly described in the Mortgage which has the address of 128 Dickens Lane Felton, DE 19943; and

**WHEREAS**, the Mortgage and Note were later transferred to Movant and Movant is the holder of the Mortgage and Note; and

**WHEREAS**, the Debtor has failed to make five (5) post-petition payments in the amount of $476.69 each for the months of June 2017 through October 2017, and is in total arrears of $2,383.45 (the "Arrearage"); and

**WHEREAS**, the parties desire to resolve this matter without the risks and costs of litigation.

It is this 2nd day of November, 2017 by the United States Bankruptcy Court for the District of Delaware,

**ORDERED**, that the automatic stay is modified provided the Debtors perform under the Note and complies with all of the following terms and conditions:

(a) Within fourteen (14) days of the entry of this Order, the Debtors shall cure the Arrearage by making the confirmation of a Modified Chapter 13 Plan to include the post-petition arrears in the amount of $2,383.45; and

(b) Within sixty (60) days of the entry of this Order the Movant shall file a supplemental Proof of Claim to allow the Chapter 13 Trustee to disburse funds to Movant to allow the Debtor to cure the remaining post-petition mortgage arrears; and

(c) In addition to curing the Arrearage, the Debtors shall resume making regular monthly payments in the amount of $476.69 subject to adjustment for taxes and insurance as due under the Note beginning on November 1, 2017, and shall timely make

all subsequent payments required pursuant to the Note until the Note is paid in full; and

(d) All payments shall be sent directly to

> Wells Fargo Bank, N.A.
> Attn: Payment Processing
> MAC# X2302-04C
> 1 Home Campus
> Des Moines, IA 50328

and it is further

**ORDERED**, that in the event that the Debtor or Movant discovers proof of payment not yet credited, the payment will be credited to the debt agreement account and the aforementioned post-petition arrearage will be reduced accordingly; and it is further

**ORDERED**, that if the plan is not modified, or if any payments as described herein are not timely made within six (6) months of the date of this Order, then Movant may file with the Court and serve a Notice of Non-Compliance to Debtor's last known address; Debtor's Counsel; and to the Chapter 13 Trustee at the address shown hereunder and Debtor shall have fifteen (15) days to cure the Default Amount. If after fifteen (15) days from the Notice, the cure has not been tendered by the Debtor and accepted, then Movant may file with the Court a Notice of Intent to Foreclose with service to the parties delineated herein and without further order of this Court, the stay shall terminate and Movant is authorized to exercise its legal rights under applicable law as to the Property; and it is further

**ORDERED**, that in the event that the Automatic Stay is terminated, the Chapter 13 Trustee shall be relieved of any and all obligation to cure the proof of claim arrearage due to Movant, its successors or assigns; and it is further

ORDERED, that to the extent this case is dismissed, discharged, converted to a case under Chapter 7 or closed and payments on the Note are not contractually current, Movant shall be permitted to exercise its legal rights under applicable law with respect to the Property.

BY THE COURT:

_____
U.S. Bankruptcy Court Judge

WE ASK FOR THIS:

*/s/Jessica L. Mullenix Woodward*
Jessica L. Mullenix Woodward (DE No. 5516)
Timothy Shelley (DE No. 4460)
Orlans PC
1201 N. Orange St., Suite 7301
Wilmington, Delaware 19801
302-339-8800 telephone
302-213-0043 facsimile
Attorneys for Movant

_____
William F. Jaworski, Jr.
Law Office of William F. Jaworski
1274 South Governors Avenue
Dover, DE 19904
Attorney for the Debtor


/s/Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351
Chapter 13 Trustee